CHIEF JUSTICE
  CAROLYN WRIGHT

JUSTICES
  DAVID L. BRIDGES
  MOLLY FRANCIS
  DOUGLAS S. LANG
  ELIZABETH LANG-MIERS
  ROBERT M. FILLMORE
  LANA MYERS
  DAVID EVANS
  DAVID LEWIS
  ADA BROWN
  CRAIG STODDART
  BILL WHITEHILL
  DAVID J. SCHENCK

LISA MATZ
CLERK OF THE COURT
(214) 712-3450
theclerk@5th.txcourts.gov

GAYLE HUMPA
BUSINESS ADMINISTRATOR
(214) 712-3434
gayle.humpa@5th.txcourts.gov

FACSIMILE
(214) 745-1083

INTERNET
WWW.TXCOURTS.GOV/5THCOA.ASPX



**Court of Appeals**

**Fifth District of Texas at Dallas**

600 COMMERCE STREET, SUITE 200
DALLAS, TEXAS 75202
(214) 712-3400

June 29, 2015

Mr. Niles Illich
Law Office of Niles Illich, Ph.D., J.D.
701 Commerce St., Suite 400
Dallas, Texas 75202

RE:    Court of Appeals Number:    05-15-00758-CV
       Trial Court Case Number:    DC-13-13967-D

Style:    *Jari'l Robinson, et al. v. Pace Homes, Inc.*

Dear Mr. Illich:

The Court has reviewed the clerk's record and has a question concerning its jurisdiction over the appeal. Specifically, there does not appear to be an appealable order. This Court has jurisdiction only over appeals from final judgments and those interlocutory orders specifically authorized by statute. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). A final judgment is one that disposes of all parties and all claims. *See id.*

In the notice of interlocutory appeal, appellants state they are appealing the denial of their motion to dismiss and cite to sections 51.016 and 171.098 of the civil practice and remedies code. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.016 (West 2015) & § 171.098 (West 2011). Those sections concern appeals from arbitration orders. The order appealed from denies a motion to dismiss.

So that this Court can determine its jurisdiction over this appeal, appellants are instructed to file, by **JULY 9, 2015**, a letter brief of no more than 3 pages explaining how this Court has jurisdiction over the appeal. Appellee may file a responsive letter brief of no more than 3 pages within 10 days of appellant's brief. No extension of time will be granted. If either party will be relying on information not in the record before this Court, that party must obtain a supplemental clerk's record from the trial court containing that information.

We suspend the current deadline for appellants' brief on the merits. After it has received briefs regarding the jurisdictional issue, the Court will either: (1) dismiss the appeal for want of jurisdiction; or (2) notify the parties by letter that the Court appears to have jurisdiction over the

appeal and set a new deadline for appellants' brief. We caution appellants that failure to file a jurisdictional brief by **JULY 9, 2015**, may result in dismissal of the appeal without further notice.

Respectfully,

/s/ Lisa Matz, Clerk of the Court

cc:     Ms. Linda Sorrells
        Law Office of Linda G. Sorrells
        P.O. Box 763603
        Dallas, Texas 75376

        Mr. Roger Fuller
        Law Offices of Fuller & Eason
        4230 Lyndon B. Johnson Fwy., Suite 330
        Dallas, Texas 75244

LM/rz